B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**District of New Jersey** | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Skyworks Interactive, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**Skyworks Technologies, Inc.** |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**177A Gatzmer Avenue**<br>**Jamesburg**<br>**Monroe Township, NJ 08831** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Middlesex** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| **Nature of Debts**<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business** (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

3/31/10  2:40PM

Name of Debtor **Skyworks Interactive, Inc.**

**B5 (Official Form 5) (12/07) - Page 2**                                                                Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X **/s/ Daniel Siegel** | X **/s/ Joseph M. Cerra**        March 31, 2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| **Daniel Siegel**           **March 31, 2010** | **Joseph M. Cerra** |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | **Forman Holt Eliades & Ravin LLC** |
| Name & Mailing Address of Individual Signing in Representative Capacity:  **Daniel Siegel, 380 Cervantes Road, Portola Valley, CA 94028** | **80 Route 4 East, Suite 290, Paramus, NJ 07652** |
| | Address |
| | Telephone No. **(201) 845-1000** |
| X **/s/ David Helgason/Chief Executive Officer** | X **/s/ Joseph M. Cerra**        March 31, 2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| **Unity Technologies**          **March 31, 2010** | **Joseph M. Cerra** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | **Forman Holt Eliades & Ravin LLC** |
| Name & Mailing Address of Individual Signing in Representative Capacity:  **David Helgason/Chief Executive Officer, 795 Folsom St. 1st Floor, San Francisco, CA 94107** | **80 Route 4 East, Suite 290, Paramus, NJ 07652** |
| | Address |
| | Telephone No. **(201) 845-1000** |
| X **/s/ Monte Singman/Chief Executive Officer** | X **/s/ Joseph M. Cerra**        March 31, 2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| **Radiance Digital Entertainment**    **March 31, 2010** | **Joseph M. Cerra** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | **Forman Holt Eliades & Ravin LLC** |
| Name & Mailing Address of Individual Signing in Representative Capacity:  **Monte Singman/Chief Executive Officer, 4F, HuaJing Building, No.678 Huashan Rd., Shanghai CHINA** | **80 Route 4 East, Suite 290, Paramus, NJ 07652** |
| | Address |
| | Telephone No. **(201) 845-1000** |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Daniel Siegel** <br>**380 Cervantes Road** <br>**Portola Valley, CA 94028** | **Loan** | **290,744.00** |
| **Unity Technologies** <br>**795 Folsom St. 1st Floor** <br>**San Francisco, CA 94107** | **Services** | **14,388.00** |
| **Radiance Digital Entertainment** <br>**4F, HuaJing Building, No.678 Huashan Rd.** <br>**Shanghai CHINA** | **Services** | **21,400.00** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims <br>**1,800,978.05** |

**2** continuation sheets attached

3/31/10 2:40PM

Name of Debtor **Skyworks Interactive, Inc.**

**B5 (Official Form 5) (12/07) - Page 2**              Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| X **/s/ William Wentworth**<br>Signature of Petitioner or Representative (State title)<br>**William Wentworth**    **March 31, 2010**<br>Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**William Wentworth**<br>**331 Powerville Road**<br>**Boonton, NJ 07005** | X **/s/ Joseph M. Cerra**    **March 31, 2010**<br>Signature of Attorney    Date<br>**Joseph M. Cerra**<br>Name of Attorney Firm (If any)<br>**Forman Holt Eliades & Ravin LLC**<br>**80 Route 4 East**<br>**Suite 290**<br>**Paramus, NJ 07652**<br>Address<br>Telephone No. **(201) 845-1000** |
| X **/s/ David Crane**<br>Signature of Petitioner or Representative (State title)<br>**David Crane**    **March 31, 2010**<br>Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**David Crane**<br>**17287 Skyline Blvd.**<br>**Box 101**<br>**Woodside, CA 94062** | X **/s/ Joseph M. Cerra**    **March 31, 2010**<br>Signature of Attorney    Date<br>**Joseph M. Cerra**<br>Name of Attorney Firm (If any)<br>**Forman Holt Eliades & Ravin LLC**<br>**80 Route 4 East**<br>**Suite 290**<br>**Paramus, NJ 07652**<br>Address<br>Telephone No. **(201) 845-1000** |
| X **/s/ Garry Kitchen**<br>Signature of Petitioner or Representative (State title)<br>**Garry Kitchen**    **March 31, 2010**<br>Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Garry Kitchen**<br>**937 Dogwood Trail**<br>**Franklin Lakes, NJ 07417** | X **/s/ Joseph M. Cerra**    **March 31, 2010**<br>Signature of Attorney    Date<br>**Joseph M. Cerra**<br>Name of Attorney Firm (If any)<br>**Forman Holt Eliades & Ravin LLC**<br>**80 Route 4 East**<br>**Suite 290**<br>**Paramus, NJ 07652**<br>Address<br>Telephone No. **(201) 845-1000** |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **William Wentworth**<br>**331 Powerville Road**<br>**Boonton, NJ 07005** | **Salary/Severance Claims/Amounts due on sale of business (All rights to assert additional claims are expressly preserved)** | **430,060.17** |
| **David Crane**<br>**17287 Skyline Blvd.**<br>**Box 101**<br>**Woodside, CA 94062** | **Salary/Severance Claims/Amounts due on sale of business (All rights to assert additional claims are expressly preserved)** | **480,305.49** |
| **Garry Kitchen**<br>**937 Dogwood Trail**<br>**Franklin Lakes, NJ 07417** | **Salary/Severance Claims/Amounts due on sale of business (All rights to assert additional claims are expressly preserved)** | **522,260.39** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | **1,800,978.05** |

**1** of **2** continuation sheets attached

Name of Debtor **Skyworks Interactive, Inc.**

**B5 (Official Form 5) (12/07) - Page 2**                                     Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X **/s/ John Ma/Chief Executive Officer** <br> Signature of Petitioner or Representative (State title) | X **/s/ Joseph M. Cerra**     **March 31, 2010** <br> Signature of Attorney                       Date |
| **Symbio Digital Entertainment Hong Kong**   **March 31, 2010** <br> Name of Petitioner                          Date Signed | **Joseph M. Cerra** <br> Name of Attorney Firm (If any) <br> **Forman Holt Eliades & Ravin LLC** <br> **80 Route 4 East** <br> **Suite 290** <br> **Paramus, NJ 07652** |
| Name & Mailing Address of Individual Signing in Representative Capacity: **John Ma/Chief Executive Officer Rm 804, 8/F China Merchants Steam Navigation Bldg. 152-155 Connaught RD, Centra Hong Kong** | Address <br> Telephone No. **(201) 845-1000** |
| X <br> Signature of Petitioner or Representative (State title) | X <br> Signature of Attorney                       Date |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address <br> Telephone No. |
| X <br> Signature of Petitioner or Representative (State title) | X <br> Signature of Attorney                       Date |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address <br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Symbio Digital Entertainment Hong Kong, Rm 804, 8/F China Merchants Steam Navigation Bldg. 152-155 Connaught RD, Central** | **Goods and Services** | **41,820.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims <br> **1,800,978.05** |

**2** of **2** continuation sheets attached