# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY



In the matter of:

Skyworks Interactive, Inc.

Case No. __10-19593__

Debtor

Chapter __7__

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named Debtor:

    A petition under title 11, United States Code was filed against you on __March 31st, 2010__ in this Bankruptcy Court, requesting an Order for Relief under Chapter __7__ of the Bankruptcy Code.

    YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after the service of this Summons. A copy of the petition is attached.

| Address of Clerk | United States Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

| Name and Address of Petitioner's Attorney | Joseph M. Cerra, Esq.<br>Forman, Holg, Eliades & Ravin, LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652 |
|---|---|

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF AN ORDER FOR RELIEF.**

JAMES J. WALDRON, Clerk

Date: __April 1st, 2010__      By: __Victoria Patterson-Murphy__
                                                                 Deputy Clerk

*rev.12/1/09*